UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| BARRY WILKEWITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07CV5 AGF |
| | ) |
| GAY LYNN FIFE, | ) |
| | ) |
| Defendant. | ) |

**ORDER OF DISMISSAL**
**PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)**

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 5th day of February, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE